IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| MARCO ANTONIO VENEGAS, ET AL., | * * * * | |
| Plaintiffs, | * * | NO: 3:13CV0036 SWW |
| VS. | * * | |
| MURRAY DRYWALL AND INSULATION OF TEXAS, INC., ET AL., | * * * | |
| Defendants. | | |

**Order**

Before the Court is a letter written by Jon W. Lucas seeking an extension of time for Separate Defendant Lucas Enterprises, Inc., to respond to the complaint. Mr. Lucas recognizes that the corporation cannot represent itself and says he is seeking to retain counsel.

The Court will treat the letter as a motion, and hereby grants the motion.[1] Separate Defendant Lucas Enterprises, Inc., has an additional thirty days in which to file an answer to the complaint.

SO ORDERED this 1st day of April, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docket entry 11.