IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| MARCO ANTONIO VENEGAS, ET AL., | * * * * | |
| Plaintiffs, | * * | NO: 3:13CV0036 SWW |
| VS. | * * | |
| MURRAY DRYWALL AND INSULATION OF TEXAS, INC., ET AL., | * * * | |
| Defendants. | | |

**Order**

Before the Court is the motion of Defendant Murray Drywall and Insulation of Texas, Inc. to stay the Rule 26(f) conference and Rule 26(a) initial disclosures pending a ruling on defendant's motion to dismiss. The motion [docket entry 22] is granted.

The Rule 26(f) Conference Deadline is hereby set for ten (10) days after the Court rules on defendant's motion to dismiss and plaintiffs' motion for leave to file an amended collective action complaint. The Rule 26(f) Report due date is hereby set for fourteen (14) days after the Rule 26(f) Conference deadline. The deadline for initial disclosure shall be adjusted according to Fed.R.Civ.P. 26(a).

SO ORDERED this 17th day of May, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE