**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

---

MARCO ANTONIO VENEGAS, *et al.*, on
behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.                                                                 Case No. 3:13-cv-00036-SWW

MURRAY DRYWALL AND INSULATION OF
TEXAS, INC. and LUCAS ENTERPRISES, INC.,

    Defendants.

---

## JUDGMENT
---

On July 30, 2014, the Declaration of Stacy Roe Regarding Class Member Payments was filed, showing that checks for settlement shares have been distributed to all class members who filed a consent to join, those settlement share checks have all been cashed or deposited, and the attorneys' fees and costs awarded have been paid.  (Doc. 51.)

Therefore, in accordance with the Order granting final approval of FLSA settlement (Doc. 48), JUDGMENT is entered dismissing this case with prejudice.

DATED this 4th day of August, 2014.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE